**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                 Case No. 00-CR-80734

ROBERT V. YEO,

    Defendant.

                                                          /

**ORDER COMPELLING DEFENDANT'S APPEARANCE TO SHOW CAUSE
WHY HE SHOULD NOT BE HELD IN CONTEMPT OF COURT**

The court held a hearing in the above-captioned case on May 17, 2007, during which the court concluded that Defendant Robert V. Yeo had violated the terms of his supervised release. The court imposed a custodial sentence of six months and allowed Defendant to voluntarily report for the commencement of his sentence. (6/26/07 Judgment.)

The court is now advised that Defendant fled the country to, among other places, the Cayman Islands in an attempt to disobey or otherwise frustrate the court's lawful decree. The court is further aware that authorities have apprehended Defendant and have returned or are in the process of returning him to the United States. The court has inherent authority, as well as power pursuant to 18 U.S.C. § 401,[1] to punish Defendant's contempt. *Id.* Accordingly,

---

[1] "A court of the United States shall have power to punish by fine or imprisonment, or both, at its discretion, such contempt of its authority, and none other, as . . . [d]isobedience or resistance to its lawful writ, process, order, rule, decree, or command." 18 U.S. § 401.

IT IS ORDERED that Defendant Robert Yeo personally appear for a hearing on **April 15, 2008 at 2:00 p.m.** to show cause why he should not be held in contempt of court.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: March 19, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 19, 2008, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\00-80734.YEO.ContemptShowCause.wpd

2